# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2975

_____

Rodney McKown,

        Appellant,

v.

Denis Agniel; Cranston Mitchell;
Dick Moore,

        Appellees.

\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the Western
\*  District of Missouri.
\*
\*  [UNPUBLISHED]
\*
\*

_____

Submitted: December 4, 2002
Filed:  December 11, 2002

_____

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit
    Judges.

_____

PER CURIAM.

Missouri inmate Rodney McKown appeals the district court's[1] denial of postjudgment motions in his 42 U.S.C. § 1983 lawsuit. Having carefully reviewed the record, we conclude the district court did not abuse its discretion in denying the motions. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.

A true copy.

Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.